A CERTIFIED TRUE COP.

SEP -6 2000

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9-12-00
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
August 21, 2000
MICHAEL J. BECK
CLERK OF THE PANEL

DOCKET NO. 1203

Dist of MN
00-1762 MJD/JGL

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

FILED
SEP 11 2000
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-62)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,450 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000) the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 6 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

(5)

SEP 19 2000

| District | Div | Civil Action # | |
|---|---|---|---|
| RHODE ISLAND | | | |
| RI | 1 | 00-348 | Ensign, et al. v. American Home Products Corp., et al. |
| TEXAS EASTERN | | | |
| TXE | 1 | 00-415 | Garrett v. American Home Products Corp., et al. |
| TEXAS NORTHERN | | | |
| TXN | 3 | 00-1147 | Henderson v. American Home Products Corp., et al. |
| TXN | 4 | 00-429 | Reagan v. Wyeth-Ayerst Laboratories, et al. |
| TEXAS WESTERN | | | |
| TXW | 7 | 00-77 | Watlington v. American Home Products Corp., et al. |
| UTAH | | | |
| UT | 2 | 00-571 | Behunin v. American Home Products Corp., et al. |
| UT | 2 | 00-578 | Durvis, et al. v. American Home Products Corp., et al. |
| WASHINGTON WESTERN | | | |
| WAW | 2 | 00-1137 | Harris, etc. v. American Home Products Corp., et a.. |
| WAW | 2 | 00-1181 | Gonsalves-Roen, et al. v. American Home Products, et al. |
| WAW | 3 | 00-5412 | Williams v. American Home Products Corp. |

# SCHEDULE CTO-62 – TAG ALONG CASES
# DOCKET NO. 1203
# IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ~~ALM~~ | ~~2~~ | ~~00-914~~ | ~~Wiesler v. American Home Products Corp., et al.~~ opposed 9/5/00 |
| ~~ALM~~ | ~~3~~ | ~~00-913~~ | ~~Chapman v. American Home Products Corp., et al.~~ opposed 9/5/00 |
| ALABAMA NORTHERN | | | |
| ~~ALN~~ | ~~2~~ | ~~00-1735~~ | ~~Thomas v. American Home Products Corp., et al~~ opposed 9/5/00 |
| ALN | 5 | 00-1871 | Johnson, et al. v. American Home Products Corp., et al. |
| ALN | 5 | 00-2047 | Bain v. American Home Products Corp., et al. |
| ARKANSAS EASTERN | | | |
| ARE | 3 | 00-276 | Powell v. Wyeth-Ayerst Laboratories, et al. |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 00-751 | Strain, et al. v. American Home Products Corp., et al. |
| CONNECTICUT | | | |
| CT | 3 | 00-1284 | Sirois v. American Home Products Corp., et al. |
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 00-1014 | Allou v. American Home Products Corp., et al. |
| DC | 1 | 00-1517 | McLaughlin v. American Home Products Corp., et al. |
| KANSAS | | | |
| KS | 2 | 00-2050 | Brennan v. American Home Products Corp., et al. |
| KENTUCKY EASTERN | | | |
| KYE | 2 | 00-66 | Neace v. American Home Products Corp., et al. |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 00-478 | Gorham v. American Home Products Corp., et al. |
| MINNESOTA | | | |
| MN | 0 | 00-1692 | Teeter v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1693 | Rakowski v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1694 | Louis v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1762 | Phillips v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1763 | Holliman v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1764 | Moore v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1765 | Patterson, et al. v. Wyeth-Ayerst Laboratories, et al. |
| MISSISSIPPI SOUTHERN | | | |
| ~~MSS~~ | ~~2~~ | ~~00-164~~ | ~~Daughtrey v. American Home Products Corp., et al.~~ opposed 9/5/00 |
| NORTH CAROLINA EASTERN | | | |
| NCE | 4 | 00-97 | Garris v. American Home Products Corp., et al. |
| NCE | 4 | 00-98 | Andrews, et al. v. American Home Products Corp., et al. |
| NCE | 5 | 00-451 | Hughes v. American Home Products Corp., et al. |
| NCE | 5 | 00-526 | Cooper v. Wyeth-Ayerst Laboratories, et al. |
| NCE | 7 | 00-124 | Cole, et al. v. American Home Products Corp., et al. |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 00-704 | Critzer, et al. v. American Home Products Corp., et al |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 00-244 | Worley v. American Home Products Corp., et al. |
| OREGON | | | |
| OR | 3 | 00-1050 | Reisbick v. American Home Products Corp. |
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 00-717 | Staton v. American Home Products Corp., et al. |
| PAW | 2 | 00-718 | Garlow v. American Home Products Corp., et al. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1797

8061

MICHAEL E. KUNZ
CLERK OF COURT

September 15, 2000

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-

RECEIVED
BY MAIL

SEP 19 2000

CLERK US DIST COURT
MINNEAPOLIS MN

Francis E. Dosal
District Clerk
202 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415

Re: Diet Drugs MDL 1203
C.A. #00-1692 (TEETER)
00-1763 (HOLLIMAN) 00-1693 (RAKOWSKI)
00-1764 (MOORE) 00-1694 (LOUIS)
00-1765 (PATTERSON) 00-1762 (PHILLIPS) MJD/JGL

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action (s) to this district under 28 U.S.C. Section 1407.

**Panel Rule 19(a) has been suspended in this litigation. Please provide only a certified copy of the docket entries and a certified copy of the complaint together with any amendments to the complaint.**

**DO NOT FORWARD THE ORIGINAL RECORD(S).** (See Pretrial Order #2 enclosed)

Should you have any questions regarding this request, please call me at the number listed above.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Sharon Carter
MDL Coordinator

enc.

13

FILED

JAN - 9 1998

MICHAEL E. KUNZ, Clerk
By [signature] Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) | : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : | |

PRETRIAL ORDER #2

AND NOW, this 7th day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

[signature]
LOUIS C. BECHTLE J.

Date: September 19, 2000 MJD/JGL sh

RECORD OF DOCKET TEXT

0:00-cv-01762 Phillips v. Wyeth-Ayerst Labs

DOCKET ENTRY

Certified Copy of CONDITIONAL TRANSFER ORDER ( Judicial Panel on Multidistrict Litigation ) transferring case per the MDL Panel to Eastern District of Pennsylvania assigned to Judge Louis C. Bechtle 3pg(s) (Mailed certified copy of complaint and docket report to Clerk, USDC, Eastern District of Pennsylvania, US Courthouse, 601 Market Street, Philadelphia, PA 19106-1797) (Notice to Counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL